IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 97-cr-00153-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL F. BALCOM,

    Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The defendant's July 21, 2011 letter is deemed as a motion, and as such, is denied as moot. The $50 special assessment has expired.

Dated: July 28, 2011

                                              s/ Jane Trexler, Judicial Assistant